# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

―――――――

No. 16-20665
Summary Calendar

―――――――

United States Court of Appeals
Fifth Circuit

**FILED**

March 8, 2017

Lyle W. Cayce
Clerk

In re: In the Matter of the Complaint of Cohensea Marine Company Limited and Chinese-Polish Joint Stock Shipping Company, owner of the M/V Adam Asnyk , for Exoneration from or Limitation of Liability


COHENSEA MARINE COMPANY LIMITED; CHINESE-POLISH JOINT STOCK SHIPPING COMPANY, as owner and manager, respectively, of the M/V Adam Asnyk, for exoneration from or limitation of liability,

      Petitioners - Appellants

v.

AMERICAN LONGSHORE MUTUAL ASSOCIATION, LIMITED; ROEL LOPEZ,

      Claimants - Appellees

―――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-3174

―――――――――

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM :*

―――――――――

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20665

We affirm the district court order lifting the stay. The waiver in Claimants' Stipulation is sufficiently broad to encompass both issue preclusion and res judicata.